No. 144. WOXBERG ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert A. Neeb, Jr.,* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 146. COX, ADMINISTRATOR *v.* HECKER ET AL. C. A. 3d Cir. Certiorari denied. *Robert F. Jackson* for petitioner. *Francis E. Shields* for respondents.

No. 150. MALAXA *v.* KENNEDY, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied. *Henry I. Fillman* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *Pauline B. Heller* for respondent.

No. 151. CHANCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Edward Worton, Joseph P. Manners, W. G. Ward* and *Chester Bedell* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 154. FIDELITY-BALTIMORE NATIONAL BANK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Richard F. Cleveland* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harold C. Wilkenfeld* and *Crombie J. D. Garrett* for the United States.

No. 155. BREEN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Robert N. Anderson* for respondent.